**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ABLE HOME HEALTH, LLC,<br>on behalf of plaintiff and<br>the class members defined herein, | )<br>)<br>)<br>) | |
| Plaintiff, | )<br>) | 19 C 3244 |
| v. | )<br>) | |
| ILLINOIS DOCTORS ON DEMAND, LLC<br>and JOHN DOES 1-10, | )<br>)<br>)<br>) | |
| Defendants. | ) | |

<u>**ORDER DEFAULT JUDGMENT**</u>

This matter coming to be heard on prove-up hearing on damages and costs in support of Plaintiff's Motion for Entry of Default Judgment, all parties having notice and the Court being fully advised in its premises, IT IS HEREBY ORDERED:

Default judgment is entered against Defendant Illinois Doctors on Demand, LLC, and in Plaintiff Able Home Health, LLC's favor, in the amount of $4,500.00 for Plaintiff in statutory damages, plus $3,615.00 in attorney's fees and $465.00 in costs of suit.

Defendant Illinois Doctors on Demand, LLC, is enjoined from further sending unsolicited facsimile advertisements in the state of Illinois to Plaintiff Able Home Health, LLC.

Plaintiff's individual claims against John Does 1-10 are dismissed without prejudice and without costs, pursuant to Federal Rule of Civil Procedure 41.

Dated: _September 27, 2019_

_Elaine E. Bucklo_
United States District Judge